UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COURTNEY POWELL,<br><br>Defendant. | NO. CR11-259 RAJ<br><br>ORDER TO SEAL |

Having considered the Government's Motion to Seal and because of the sensitive information contained within the United States' Exhibit 1 to Memorandum Re: Disposition on Violations of Supervised Release,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #141) is GRANTED. The United States' Exhibit 1 shall remain sealed.

DATED this 12th day of October, 2018.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

Order to Seal
*United States v. Powell,* CR11-259 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970