The Honorable Richard A. Jones

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff

          v.

COURTNEY POWELL,

                    Defendant.

NO. CR11-0259RAJ

**ORDER DISMISSING SUPERVISED
RELEASE VIOLATIONS**

        This matter comes before the Court on the government's unopposed motion to
dismiss the supervised release violations alleged in Probation's Petition for Warrant
(Dkt. 152), dated November 5, 2019.  The Court hereby GRANTS the government's
motion, DISMISSES the aforementioned supervised release violations, and STRIKES the
supervised release violation hearing scheduled for December 13, 2019, at 3:30 p.m.

        IT IS SO ORDERED.

        DATED this 2nd day of December, 2019.

The Honorable Richard A. Jones
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970