The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR11-259 RAJ |
| Plaintiff, | ORDER TO SEAL |
| v. | |
| COURTNEY N. POWELL, | |
| Defendant. | |

This matter has come before the Court on the motion to seal Exhibit 1 to the Government's Memorandum Regarding Supervised Release Evidentiary Hearing and Disposition. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit Exhibit 1 to be filed under seal, due to the sensitive information contained therein.

IT IS HEREBY ORDERED that the Motion to Seal (Dkt. # 173) is GRANTED. Exhibit 1 to the Government's Memorandum Regarding Supervised Release Evidentiary Hearing and Disposition shall remain under seal.

DATED this 22nd day of October, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1
*United States v. Powell,* CR11-259 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970